# United States District Court
# Central District of California

| | |
|---|---|
| LUIS MARQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>HAYRAPT GREGORIAN, et al.,<br><br>Defendants. | Case № 2:20-CV-05589-ODW (GJSx)<br><br>**ORDER GRANTING MOTION TO DISMISS [35]** |

      Before the Court is Defendants Hayrapt Gregorian and Ziba Gregorian's Motion to Dismiss Plaintiff Luis Marquez's First Amended Complaint ("Motion"). (Mot. to Dismiss, ECF No. 35.) Marquez filed a Non-Opposition to Defendants' Motion and expressly concedes that Marquez's "sole remaining claim, i.e., claim for injunction under the Americans with Disabilities Act, has been rendered moot and the case can be dismissed on that basis." (Pl.'s Qualified Non-Opp'n to the Defense Mot. 2, ECF No. 38.) Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss and **DISMISSES** Marquez's Complaint. (ECF No. 35); *see* C.D. Cal. L.R. 7-9; *see also* Fed. R. Civ. P. 41(a)(2). As Marquez concedes that the basis for his sole claim has been rendered moot, dismissal is with prejudice.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 6, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**